# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | | |
|---|---|---|
| ANTHONY PARKER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 1:18-cv-00065 |
| COMPREHENSIVE LOGISTICS CO., INC., | ) ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE FRENSLEY |
| Defendant. | ) ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 20), which was filed on November 19, 2018. Through the Report and Recommendation, the Magistrate Judge recommends Defendant's Motion to Dismiss (Doc. No. 9) be granted and that Plaintiff's federal claims be dismissed with prejudice, and his state law claims be dismissed without prejudice. Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation, and concludes it should be adopted and approved. Accordingly, Defendant's Motion to Dismiss (Doc. No. 9) is **GRANTED.** Plaintiff's federal claims are **DISMISSED,** with prejudice, and his state law claims are **DISMISSED,** without prejudice.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE